People of the State of Illinois, Plaintiff-Appellee,
v. Susan Huber, Defendant-Appellant.

Gen. No. 66–103.

Third District.
May 18, 1967.

Rob-
ert J. Noe, of Rock Island, for appellant; Richard Stengel, State's Attorney, of Rock Island, for appellee. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.